IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GARY LEON WEBSTER**  PLAINTIFF
ADC #114018

v.  NO: 3:19-CV-00272-LPR

**JAY EBBERT**  DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 26th day of November, 2019.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE